**Sherry WHITE–BATTLE,
Plaintiff—Appellant,**

v.

**DEMOCRATIC PARTY OF VIRGINIA;
Norfolk City Democratic Committee,
Defendants—Appellees,**

and

**George Schaefer; Norfolk Electoral
Board, Defendants,**

v.

**Elisa LONG, General Registrar of
the City of Norfolk; Eileen M.
Addison, Movants—Appellees.**

No. 05–1087.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 27, 2005.

Decided: June 21, 2005.

Sherry White–Battle, Appellant pro se.

Stephen Edward Heretick, Portsmouth, Virginia; Robert Bryan Rigney, Protogyrou & Rigney, PLC, Norfolk, Virginia; Harold Phillip Juren, Deputy City Attorney, Norfolk, Virginia; Eileen M. Addison, Commonwealth Attorney's Office, Yorktown, Virginia, for Appellees.

Before TRAXLER, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Sherry White–Battle appeals the district court's orders granting summary judgment to Defendants and denying her motions to amend and for discovery. *See White–Battle v. Democratic Party of Virginia*, 323 F.Supp.2d 696 (E.D.Va.2004). We have reviewed the record and find no reversible error. Accordingly, we affirm. In addition, we find the district court did not abuse its discretion in denying White–Battle's motions to amend and for discovery. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*